

# United States District Court
# Eastern District of California

Ethan Rodriguez

Plaintiff(s)

V.

Microsoft Corporation, et. al.

Defendant(s)

Case Number: 1:26-cv-01557

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

David M. Langevin hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

Ethan Rodriguez

On 10/31/2003 (date), I was admitted to practice and presently in good standing in the

State of Minnesota (court). A certificate of good standing from that court is

submitted in conjunction with this application. I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court. (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

Date: 02/26/2026        Signature of Applicant: /s/ David Langevin

**Pro Hac Vice Attorney**

Applicant's Name: David M. Langevin

Law Firm Name: McSweeney/Langevin

Address: 2116 Second Avenue South

City: Minneapolis   State: MN   Zip: 55404

Phone Number w/Area Code: (612) 542-4646

City and State of Residence: Wayzata, Minnesota

Primary E-mail Address: dave@mclmasstort.com

Secondary E-mail Address: filing@mclmasstort.com; cayli@mclmasstort.co

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: C. Moze Cowper

Law Firm Name: Cowper Law LLP

Address: 12301 Wilshire Blvd., STE 303

City: Los Angeles   State: CA   Zip: 90025

Phone Number w/Area Code: (877) 259-3707   Bar # 326614

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: February 27, 2026

_____
U.S. Magistrate Judge Christopher D. Baker