UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ETHAN RODRIGUEZ, | Case No. 1:26-cv-01557-CDB |
| Plaintiff, | ORDER ON STIPULATION EXTENDING DEFENDANTS' TIME TO RESPOND TO THE COMPLAINT |
| v. | |
| MICROSOFT CORPORATION, *et al.*, | (Doc. 11) |
| Defendants. | |

Pending before the Court is the parties' stipulated request to extend the deadline for Defendants to respond to Plaintiff's complaint, to June 12, 2026. (Doc. 11). The parties represent that Defendants may file motions to compel arbitration, to dismiss for lack of personal jurisdiction, and to transfer the action. The parties request that they be permitted to file all other responsive motions 60 days after the Court issues the last of any order on the aforementioned motions. *Id.* at 3.

For good cause shown by the parties' stipulated representations, it is HEREBY ORDERED:

1. Defendants shall file their responses to Plaintiff's complaint by no later than **June 12, 2026**.

2. The scheduling conference set for May 26, 2026, is CONTINUED to **July 9, 2026**, at 10:00 AM in Bakersfield (CDB) before Magistrate Judge Christopher D. Baker. The parties shall appear at the conference remotely via Zoom video conference, and counsel shall obtain the Zoom ID and password from the Courtroom Deputy prior to the conference. The parties

shall timely file a joint scheduling conference statement in compliance with the procedures set forth in the Order Setting Mandatory Scheduling Conference (*see* Doc. 4).

IT IS SO ORDERED.

Dated:   **April 2, 2026**

_____
UNITED STATES MAGISTRATE JUDGE

2