**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| ETHAN RODRIGUEZ,<br>                    Plaintiff,<br><br>        v.<br><br>MICROSOFT CORPORATION, MOJANG STUDIOS, EPIC GAMES, INC., and JOHN DOES 1 – 50,<br><br>                    Defendants. | Case No. **1:26-cv-01557-CDB**<br><br>~~[PROPOSED]~~ ORDER<br><br>Judge: Hon. Christopher D. Baker |

Following the Court's April 2, 2026 Order that Defendants Microsoft Corporation ("Microsoft"), Mojang AB ("Mojang"), and Epic Games, Inc. ("Epic") shall have until June 12, 2026 to file their responses to Plaintiff's Complaint, the parties have further stipulated that Defendants may defer filing any other responsive motions, including any other motions under Rule 12(b) of the Federal Rules of Civil Procedure and any Special Motion to Strike under Cal. Code Civ. Proc. § 425.16, until 60 days after the last of any order from this Court on Microsoft's, Mojang's, and Epic's forthcoming Motions to Compel Arbitration and any Motions to Dismiss for

Lack of Personal Jurisdiction and Motions to Transfer to a different federal district court pursuant to 28 U.S.C. § 1404.

| Filing Date | Motion |
|---|---|
| June 12, 2026 | Microsoft's, Mojang's, and Epic's Motions to Compel Arbitration and any Motions to Dismiss for Lack of Personal Jurisdiction and Motions to Transfer |
| 60 days after the last of any order on Microsoft's, Mojang's, and Epic's Motions to Compel Arbitration and any Motions to Dismiss for Lack of Personal Jurisdiction and Motions to Transfer | Microsoft's, Mojang's, and Epic's other responsive motions |

IT IS SO ORDERED.

Dated:    **April 29, 2026**

_____
UNITED STATES MAGISTRATE JUDGE