UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ETHAN RODRIGUEZ, | Case No. 1:26-cv-01557-CDB |
| Plaintiffs, | ORDER ON STIPULATION EXTENDING TIME FOR BRIEFING ON DEFENDANTS' MOTIONS TO COMPEL ARBITRATION |
| v. | |
| MICROSOFT CORPORATION, *et al.*, | (Doc. 28) |
| Defendants. | **July 13, 2026, Deadline** |

Pending before the Court is the parties' stipulated request to extend the deadline for Defendants Epic Games, Inc., Microsoft Corporation, and Mojang AB to file their replies to Plaintiff's oppositions to the motions to compel arbitration (Docs. 18, 20), filed on June 26, 2026. (Doc. 28). The parties request that the deadline be extended from July 6, 2026, through and including July 13, 2026. *Id.* at 3.

For good cause shown by the parties' stipulated representations, it is HEREBY ORDERED that Defendants shall file their replies to the oppositions (Docs. 26, 27) to the motions to compel arbitration by no later than **July 13, 2026**.

IT IS SO ORDERED.

Dated:    **June 29, 2026**

_____
UNITED STATES MAGISTRATE JUDGE