UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ETHAN RODRIGUEZ,

Plaintiff,

v.

MICROSOFT CORPORATION, *et al.*,

Defendants.

Case No. 1:26-cv-01557-CDB

ORDER GRANTING APPLICATION OF JULIA CHAPMAN TO PRACTICE *PRO HAC VICE*

(Doc. 33)

The Court has considered the application of Julia Chapman, attorney for Defendants Microsoft Corporation and Mojang Studios, for admission to practice *pro hac vice* under the provisions of Local Rule 180(b)(2). (Doc. 33). In light of the application and for good cause appearing, the application for admission to practice *pro hac vice* is HEREBY GRANTED.

The *pro hac vice* attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated: **July 15, 2026**

UNITED STATES MAGISTRATE JUDGE